ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

STEVEN S. RAND
(212) 826-5307
srand@zeklaw.com

WWW.ZEKLAW.COM

May 2, 2019

**BY ECF**

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        SunTrust Bank v. Antonakos, et al.,
        <u>Case No.: CV-15-7332 (AMD)</u>

Dear Judge Donnelly:

    We represent plaintiff SunTrust Bank in the above-referenced action. This letter responds to the Court's minute Order entered May 1, 2019, requesting an update regarding the status of defendant Antonakos's bankruptcy proceeding.

    On March 11, 2019, in the Chapter 11 case of Joseph Antonakos, Defendant herein, SunTrust filed a plan of reorganization of the debtor. The disclosure statement for the plan has been approved and, on April 4, 2019, the solicitation materials for the plan were distributed to all parties in interest. The hearing on confirmation of the plan is scheduled for May 7, 2019. If confirmed, the plan calls for the properties that are the subject of this case to be auctioned on or about June 6, 2019. It is anticipated that the plan will be confirmed, the auction will occur, and that the closings and other preconditions to the effective date of the plan will occur by late August, 2019, after which SunTrust intends to seek dismissal of this action.

    The parties are diligently pursuing a resolution of the disputes underlying this case and SunTrust respectfully requests that a subsequent status report be due no earlier than September 1, 2019.

                      Respectfully submitted,

                      Steven S. Rand

SSR:mzg

cc:   Barak P. Cardenas (by ECF)

NEW YORK | CONNECTICUT | NEW JERSEY | WASHINGTON, D.C. | TEL AVIV