# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

STEVEN S. RAND
(212) 826-5307
srand@zeklaw.com

WWW.ZEKLAW.COM

September 3, 2019

**BY ECF**

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**SunTrust Bank v. Antonakos, et al.,
Case No.: CV-15-7332 (AMD)**

Dear Judge Donnelly:

We represent plaintiff SunTrust Bank in the above-referenced action. This letter responds to the Court's minute Order entered May 30, 2019, requesting an update regarding the status of defendant Antonakos's bankruptcy proceeding.

On March 11, 2019, in the Chapter 11 case of Joseph Antonakos, Defendant herein, SunTrust filed a plan of reorganization of the debtor. The plan was confirmed by the Bankruptcy Court on June 5, 2019, after which, pursuant to the plan, the properties that are subject of this proceeding were sold by public auction. The sales were approved by the Bankruptcy Court on July 30, 2019, and are pending closing. It is anticipated that the closings will occur in September, 2019, after which SunTrust intends to seek dismissal of this action.

Respectfully submitted,

Steven S. Rand

SSR:mzg

cc:   Barak P. Cardenas (by ECF)

NEW YORK | CONNECTICUT | NEW JERSEY | WASHINGTON, D.C. | TEL AVIV